Jeffrey L. Light
Patients not Patents,
1712 Eye St., NW
Suite 915
Washington, DC 20006

**FILED**

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PATIENTS NOT PATENTS, INC.       ) Case No.:
1712 Eye St., NW                 )
Suite 915                        )
Washington, DC 20006             )
                                 )   CASE NUMBER  1:05CV01644
        Plaintiff,               )
                                 )   JUDGE: Henry H. Kennedy
    vs.                          )
                                 )   DECK TYPE: General Civil
MEDIMPEX UNITED, INC.            )
940 Pennsylvania Blvd. #F        )   DATE STAMP: 08/16/2005
Feasterville, PA 19053-7834,     )
                                 )

## COMPLAINT (PATENT FALSE MARKING)

### THE PARTIES

1. Plaintiff Patients not Patents, Inc. ("PNP") is a nonprofit corporation organized under the laws of the District of Columbia. The stated mission of PNP is to "educate the public about the influence of intellectual property rights on the availability of health care; and to reduce barriers to obtaining health care."

2. Defendant Medimpex United, Inc. is a corporation organized under the laws of the state of Pennsylvania with its principal office or place of business at 940 Pennsylvania Blvd. #F, Feasterville, PA 19053-7834.

3. Defendant sells home testing kits, nutritional supplements, and weight loss products both retail and wholesale.

## JURISDICTION AND VENUE

4. This complaint is filed and these proceedings are instituted under 35 U.S.C. § 292 (2005) to recover civil penalties for violations of that section.

5. This court has jurisdiction over the Defendant and over the subject matter of this jurisdiction pursuant to 28 U.S.C. §§ 1338(a), 1335 and 1331 (2005).

6. Venue is properly based in this District under 28 U.S.C. §§ 1391 and 1395 (2005).

## DEFENDANT'S COURSE OF CONDUCT

7. Beginning in about 2003 and ending in 2004, Defendant advertised a product branded as Xalex Weight Management Gel ("Xalex gel").

8. At times relevant to this Complaint, Defendant furnished advertising copy to the public in connection with Xalex gel through websites owned or controlled by Defendant. These sites include, but are not limited to: www.meditests.com, www.mrstest.com, www.vitabig.com, www.tests-shop.com, www.docself.com, www.detoks.com, www.drugstate.com, www.mistertest.com, www.testself.com, www.onlytests.com, www.qtest.us, and www.best-home-test.com.

9. At times relevant to this Complaint, the word "patent" or the like appeared on websites owned or controlled by Defendant. These sites

1   include, but are not limited to: www.meditests.com ("Weight management
2   gel Xalex(TM) is a new patented weight loss product . . ."),
3   www.mrstest.com and www.drugstate.com ("New Invisible Patch -
4   Xalex(TM) weight management gel from the Originator of LePatch has the
5   special patented PharmaDur(TM) gel system!"), www.docself.com
6   ("Xalex(TM) gel becomes dry, silky in 2-3 minutes, and is
7   unnoticeable, with its patented PharmaDur(TM) gel system"), and
8   www.mistertest.com (". . . Xalex(TM), brand new patented slimming
9   product . . .").

10. The websites www.meditests.com and www.mistertest.com tend to mislead the public into believing that Xalex gel as a whole or the active ingredient or ingredients contained therein, or both, are patented.

11. The websites www.mrstest.com, www.drugstate.com, and www.docself.com tend to mislead the public into believing that Xalex gel effects weight loss through the action of a patented delivery system.

12. At times relevant to this Complaint, Defendant sold or offered for sale Xalex gel to consumers in the District of Columbia, through one or more of the web pages listed in paragraph 8.

13. At times relevant to this Complaint, and through the means described in paragraphs 9 through 11, Defendant advertised Xalex gel as patented with knowledge of falsehood.

THE PRODUCT AT ISSUE

14. The ingredients listed on the label or labeling of Xalex gel are: Aqueous Herbal Solutions (*Fucus vesiculosus*, *Paullina cupana* (Guarana)

1   and L-Carnitine) 83.0%

2   Pharmadur(TM) Polymer (BSI) 1.5%

3   Xanthum Gum 0.5%

4   Ethoxy Diglycol 3.0%

5   Germaben II 1.0%

6   Theophylline anhydrous 0.5%

7   Alcohol, SD 40 10.0%

8,9,10,11   15. The instructions on the label or labeling of Xalex gel state, "Just apply up to 18 drops of New Invisible Patch – XALEX(TM) weight management gel at [sic] any areas of your dry, warm skin and keep it all day long."

### THE '243 PATENT

14,15,16   16. US Patent 5,942,243 was issued Aug. 24, 1999 to Polytherapeutics, Inc. The patent is entitled, "Mucoadhesive Compositions for Administration of Biologically Active Agents to Animal Tissue."

17,18   17. Polytherapeutics, Inc. has marketed the drug delivery system of the '243 patent under the name "PharmaDur."

19,20   18. All of the claims of the '243 patent are directed to a "mucoadhesive hydrophilic drug delivery system."

21,22   19. Xalex gel is intended to be used according to the directions recited in paragraph 15, and is not intended for use on mucosal tissue.

23,24   20. Xalex gel does not embody the claims of the '243 or any other US patent.

25   STANDING

21. Plaintiff brings this action under 35 USC § 292(b), which provides that any person may sue for civil monetary penalties for false marking.

## STATUTE OF LIMITATIONS

22. There is a five year statute of limitations for bringing a false marking claim. 28 USC § 2462 (2005), <u>Arcadia Machine & Tool, Inc. v Sturm, Ruger & Co.</u>, 786 F2d 1124, 1125 (Fed. Cir. 2005).

## CAUSE OF ACTION

23. Defendant has violated 35 USC § 292(a) by advertising in connection with Xalex gel, the word "patent" (or similar words), for the purpose of deceiving the public.

24. Xalex Weight Management Gel is an unpatented article for the purposes of 35 USC § 292(a).

25. Defendant committed five separate offenses through five distinct web pages, as described in paragraph 9, and incorporated herein by reference.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court, pursuant to 35 U.S.C. § 292 and its own equitable powers, to:

26. Enter judgment against the Defendant and in favor of the Plaintiff for the violations alleged in this complaint;

27. Order defendant to pay a civil monetary fine of $2,500, of which $1,250 will be awarded to the Plaintiff and $1,250 will be awarded to the United States.

28. Enjoin Defendant from using the word "patent" or the like in connection with advertisements for Xalex gel, or importing that the same is patented.

Dated this 16th day of August, 2005

*[signature]*

Patents not Patents, Inc.
1712 Eye St., NW
Suite 915
Washington, DC 20006
Jeffrey L. Light
Bar number: 485360
(202) 277-6213