CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

)
Patients not Patents, Inc )
Plaintiff )
)
v. ) Civil Action No. 1:05-cv-1644
)
Medimpex United, Inc. )
Defendant )
)
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Patients not Patents, Inc.

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of Patients not Patents, Inc. , which have any outstanding securities

in the hands of the public. None

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Jffy Light
Signature

485,360
Bar Identification Number

Jeffrey Light
Print Name

1712 Eye St NW #915
Address

Washington    DC    20006
City           State      Zip

202 277 6213
Telephone Number