CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Patients not Patents, Inc. )
    Plaintiff )
     )
v. )    Civil Action No. 1:05-cv-1644
     )
Medimpex United, Inc. )
    Defendant )
     )

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Patients not Patents, Inc.__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Patients not Patents, Inc.__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Jeffrey Light_
Signature

485360
Bar Identification Number

Jeffrey Light
Print Name

1712 Eye St NW #915
Address

Washington   DC   20006
City   State   Zip

202 277 6213
Telephone Number