≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1 Sep 2005 |
| NAME OF SERVER (PRINT)  Jeffrey Light | TITLE  Executive Director, Patients not Patents, Inc. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail, return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  16 August 2005       /s/ Jeffrey Light
                Date                Signature of Server

1712 Eye St NW Ste 915
Address of Server
Washington, DC 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Patients not Patents, Inc.,**        ) Case No.: 1:05-cv-1644
                                       ) Judge: HHK
    Plaintiff                  )
                                       )
vs.                                    )
                                       )
**Medimpex United, Inc.,**             )
                                       )
    Defendant                  )
_____)

**AFFIDAVIT OF SERVICE**

I, Jeffrey Light, hereby declare that on the 16th day of August, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Zvi Greg Shpungin, registered agent for Medimpex United, Inc.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zvi Greg Shpungin
940 Pennsylvania Blvd #F
Feasterville, PA 19053

For Medimpex United, Inc.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

[USPS AUG 23 2005 postmark]

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 0860 0002 2380 4752

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Dated this 1st day of September, 2005

_____
Jeffrey L. Light
Patients not Patents, Inc.
1712 Eye St., NW #915
Washington, DC 20006
Bar # 485360