UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Patients not Patents, Inc.,**        ) **Case No.: 1:05-cv-1644**
                                       ) **Judge: HHK**
    Plaintiff           )
                                       )
vs.                                    )
                                       )
**Medimpex United, Inc.,**             )
                                       )
    Defendant           )

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 13th day of September, 2005, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant Medimpex United, Inc. was served via certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on August 23, 2005. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is DC Code §§ 13-423(a)(1) and 13-424 (2005).

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for

1  filing has expired; and that the defendant is neither an infant
2  nor an incompetent person.
3      The Clerk is requested to enter a Default against said
4  defendants.

Dated this 13th day of September, 2005

*Jeffrey Light* (signature)

Jeffrey L. Light
Attorney for Plaintiff
Patients not Patents, Inc.
1712 Eye St., NW #915
Washington, DC 20006
Bar # 485360