AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Patients not Patents, Inc.

**BILL OF COSTS**

Case Number: 1:05-cv-1644

V.

Medimpex United, Inc.

Judgment having been entered in the above entitled action on _____ (date) against  Medimpex United, Inc. , the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk............................................................................................... | $ 250.00 |
| Fees for service of summons and subpoena........................................................ | 8.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing.................................................................. | |
| Fees for witnesses (itemize on reverse side)..................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case........ | |
| Docket fees under 28 U.S.C. 1923..................................................................... | 20.00 |
| Costs as shown on Mandate of Court of Appeals............................................... | |
| Compensation of court-appointed experts......................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | |
| Other costs (please itemize)............................................................................... | |
| **TOTAL** | **$ 278.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:_____

Signature of Attorney: _/s/ Jeffrey Light_

Name of Attorney: Jeffrey Light

For: Patients not Patents, Inc.   Date: Sep. 13, 2005
Name of Claiming Party

Costs are taxed in the amount of  $278.00  and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk   By:_____   _____
                                       Deputy Clerk                          Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Patients not Patents, Inc.,**      ) Case No.: 1:05-cv-1644
                                     ) Judge: HHK
    **Plaintiff**                    )
                                     )
vs.                                  )
                                     )
**Medimpex United, Inc.,**           )
                                     )
    **Defendant**                    )
                                     )

## BILL OF COSTS

In support of the Plaintiff's request that this Court enter default judgment against the above-named defendant, the Plaintiff submits the following itemization of damages sought.

Damages for Plaintiff

    Principal amount prayed for in complaint:     1,250.00

    Costs

        Filing complaint                               250.00

        Postage/Mailing                                  8.00

    Docket fee: Default judgment entered by clerk   20.00

    TOTAL                                         $1,528.00

1
2  Damages for United States
3      Principal amount prayed for in complaint:   1,250.00
4
5      TOTAL                                        $1,250.00
6
7
8                                       _____
                                        Jeffrey L. Light
9                                       Attorney for Plaintiff
                                        Patients not Patents, Inc.
10                                      1712 Eye St., NW #915
                                        Washington, DC 20006
11                                      Bar # 485360
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Mail Boxes Etc. receipt:**

```
MAIL BOXES
    ETC.
  STORE 404

08-16-05 10:53
CLERK 1  0001      80

METERED MAIL    $8.00
OFFICE SUPPLY   $0.60
METERED MAIL    $2.12
TAX AMOUNT 1    $0.60
TAX 1           $0.03
CHARGE
           $10.75
```

**U.S. Postal Service Certified Mail Receipt:**

Postage $ 3.95
Certified Fee 30
Return Receipt Fee (Endorsement Required) 75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.00

Sent To: Zvi Greg Shpungin, Medimpex United
Street, Apt. No.; or PO Box No.: 940 Pennsylvania Blvd #F
City, State, ZIP+4: Feasterville, PA 19053

PS Form 3800, April 2002 — See Reverse for Instructions

**U.S. District Court receipt:**

```
CHECK TENDERED $       $250.00
         250.00
===== T O T A L ======
         190.00
510000   SPECIAL CIVIL FILING
CASE # 05-1644
          60.00
086900   FILING FEE  CIVIL
CASE # 05-1644
======NO REFUND WITHOUT RECEIPT======
DC  1-1 TAM        Receipt # 137310
08/16/05              11:59:59 AM
         WASHINGTON D.C.
      U.S. DISTRICT COURT
```

