UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Patients not Patents, Inc.,**  ) Case No.: 1:05-cv-1644
) Judge: HHK
    Plaintiff )
)
  vs. )
)
**Medimpex United, Inc.,** )
)
    Defendant )

### MOTION FOR DEFAULT AND JUDGMENT

Pursuant to FRCP Rule 55(a), Defendant having failed to plead or otherwise defend this action, Plaintiff having previously submitted an Affidavit for Default, the Clerk is requested to enter Defendant's default.

Pursuant to FRCP Rule 55(b)(1), Plaintiff's claim being for a sum certain, Plaintiff having entered an affidavit of the amount due, Defendant having defaulted for failure to appear, and Defendant not being an infant or incompetent person, Plaintiff requests the Clerk to enter judgment against the Defendant and order Defendant to pay $1,250.00 to the United States and $1,528.00, inclusive of costs, to Plaintiff, pursuant to 35 USC § 292(b).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*[signature]*
Jeffrey L. Light
Attorney for Plaintiff
Patients not Patents, Inc.
1712 Eye St., NW #915
Washington, DC 20006
Bar # 485360

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Patients not Patents, Inc.,** | Case No.: 1:05-cv-1644 |
| Plaintiff | Judge: HHK |
| vs. | |
| **Medimpex United, Inc.,** | |
| Defendant | |

### DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the 23rd day of August, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this ____ day of _____, 2005 declared that defendant herein is in default.

By: _____