Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATIENTS NOT PATENTS, INC.,
    Plaintiff(s)

v.

Civil Action No.  05-1644 (HHK)

MEDIMPEX UNITED, INC.,
    Defendant(s)

RE: MEDIMPEX UNITED, INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 23, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of September, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: *Laura Chipley*
    Deputy Clerk