UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Patients not Patents, Inc.,** | ) Case No.: 1:05-cv-1644 |
| Plaintiff | ) Judge: HHK |
| vs. | ) |
| **Medimpex United, Inc.,** | ) |
| Defendant | ) |

## MOTION FOR DEFAULT AND JUDGMENT

Pursuant to FRCP Rule 55(a), Defendant having failed to plead or otherwise defend this action, Plaintiff having previously submitted an Affidavit for Default, the Clerk is requested to enter Defendant's default.

Pursuant to FRCP Rule 55(b)(1), Plaintiff's claim being for a sum certain, Plaintiff having entered an affidavit of the amount due, Defendant having defaulted for failure to appear, and Defendant not being an infant or incompetent person, Plaintiff requests the Clerk to enter judgment against the Defendant and order Defendant to pay $1,250.00 to the United States and $1,528.00, inclusive of costs, to Plaintiff, pursuant to 35 USC § 292(b).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

_____
Jeffrey L. Light
Attorney for Plaintiff
Patients not Patents, Inc.
1712 Eye St., NW #915
Washington, DC 20006
Bar # 485360