```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**Patients not Patents, Inc.,**  ) **Case No.: 1:05-cv-1644**
                                 ) **Judge: HHK**
    **Plaintiff**            )
                                 )
  vs.                           )
                                 )
**Medimpex United, Inc.,**       )
                                 )
    **Defendant**            )

## MOTION FOR JUDGMENT BY DEFAULT

Pursuant to FRCP Rule 55(b)(1), Plaintiff's claim being for a sum certain, Plaintiff having entered an affidavit of the amount due, the Clerk having entered a default on Sep. 15, 2005, and Defendant not being an infant or incompetent person, Plaintiff requests the Clerk to enter judgment against the Defendant and order Defendant to pay $1,250.00 to the United States and $1,528.00, inclusive of costs, to Plaintiff, pursuant to 35 USC § 292(b).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

_____
Jeffrey L. Light
Attorney for Plaintiff
Patients not Patents, Inc.
1712 Eye St., NW #915
Washington, DC 20006
Bar # 485360