UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATIENTS NOT PATENTS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MEDIMPEX UNITED, IN.C,**<br><br>**Defendant.** | Civil Action 05-01644 (HHK) |

**DEFAULT FINAL JUDGMENT**

**WHEREAS**, plaintiff, Patients Not Patents, Inc., having filed its complaint on August 16, 2005;

**AND WHEREAS**, defendant, Medimpex United, Inc. having failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 23, 2005;

**AND WHEREAS**, the deputy clerk having entered a default against defendant on September 15, 2005;

**AND WHEREAS**, plaintiff's Bill of Costs having been submitted to the record on September 14, 2005;

**AND WHEREAS**, the court having jurisdiction of the parties hereto and of the subject matter hereof;

**NOW THEREFORE**, without trial, it is **ORDERED, ADJUDGED AND DECREED:**

1. Defendant is ordered to pay $1,250.00 to the United States.

2. Defendant is ordered to pay $1,528.00 to the plaintiff.

                                                Henry H.. Kennedy, Jr.
                                                United States District Judge

Dated: September 27, 2005